IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:09CV434-RJC-DSC

| | |
|---|---|
| WILLIAM NORKUNAS, ) ) Plaintiff, ) v. ) ) MIRAN HOSPITALITY, a domestic corp., ) ) Defendant. ) _____) | **O R D E R** |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Pete M. Monismith]" (document #2) filed October 9, 2009. For the reasons set forth therein, the Motion will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED**.

Signed: October 9, 2009

_____
David S. Cayer
United States Magistrate Judge